■ In the Matter of PAUL ROBERT SCHAEFFER, an Attorney, Resignor. [844 NYS2d 724]—Voluntary resignation accepted and name removed from roll of attorneys (see Matter of Manown, 240 AD2d 83 [1998]). Present—Gorski, J.P., Lunn, Fahey, Green and Pine, JJ. (Filed Sept. 26, 2007.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK MITCHELL, Appellant. [845 NYS2d 211]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Hurlbutt, Gorski and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIC TOLLIVER, Appellant. [845 NYS2d 211]—Motion for writ of error coram nobis denied. Present—Hurlbutt, J.P., Lunn, Peradotto and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEITH BOWERS, Appellant. [845 NYS2d 211]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Lunn, Green and Pine, JJ.